JS-6

J. Phillip Moorhead, Esq. (SBN: 99445)
**MOORHEAD & SPARKS**
229 Avenue "I", Second Floor
Redondo Beach, California 90277
Telephone: (310) 540-1332
Fax No.: (310) 540-8480

Attorney for Defendant,
GRACO CHILDREN'S PRODUCTS, INC.

FILED
CLERK, U.S. DISTRICT COURT
APR 12 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ARACELI DIAZ HERNANDEZ, an individual and as the Personal Representative of the ESTATE OF CLEO LEON; AURELIO LEON RAMIREZ, an individual,<br><br>   Plaintiff,<br><br>vs.<br><br>GRACO, INC.; GRACO CHILDREN'S PRODUCTS, INC. NEWELL RUBBERMAID, and DOES 1 through 100, inclusive,<br><br>   Defendants. | CASE NO. CV11-5557-R (AGRx)<br><br>[~~PROPOSED~~] ORDER<br><br>[F.R.CIV.P 41 (a)(1)(ii)] |

GOOD CAUSE APPEARING THEREFOR, upon the stipulation of all parties, it is hereby ordered that this litigation case hereby be dismissed with prejudice.

**IT IS SO ORDERED:**

DATED: April 12, 2012

_____
The Honorable Manuel L. Real
United States District Court Judge

-1-
[PROPOSED] ORDER